# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
JONATHAN SHUB †♦+
NEIL L. GLAZER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: Info@kohnswift.com
WEB SITE: www.kohnswift.com

EMAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

†ALSO ADMITTED IN NEW YORK
◊ALSO ADMITTED IN NEVADA
*ALSO ADMITTED IN NEW JERSEY
♦ALSO ADMITTED IN CALIFORNIA
+ALSO ADMITTED IN WASHINGTON, D.C.

July 24, 2015

**VIA ECF**

Catherine O'Hagan Wolfe, Esquire
Clerk of Court
Deborah Homes, Esquire
Case Manger
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Vera v. Republic of Cuba**
              **No. 15-1147 and 15-1796**

Dear Ms. O'Hagan Wolfe and Ms. Holmes:

      I am counsel for Appellee Aldo Vera, Jr. in the above matter and am writing on behalf of all Appellees. Pursuant to Local Rule 31.2(1)(B), Appellees elect to file their opposition brief(s) on October 22, 2015, which is 91 days after Appellant filed its opening brief.

                                Very truly yours,

                                  Robert A. Swift

RAS/yr

      cc:    All Counsel via ECF